AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of Mississippi

SOUTHERN DISTRICT OF MISSISSIPPI
FILED
SEP 12 2014
ARTHUR JOHNSTON
BY _____ DEPUTY

| | | |
|---|---|---|
| United States of America<br>v.<br><br>Juan Miguel Gomez and Gerber Mauricio Salvaria<br><br><br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No.<br><br>2:14mj 25 |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of   September 12, 2014   in the county of   Forrest   in the Southern District of   MS, Eastern Division  , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 U.S.C. § 846 | Conspiracy to Possess with Intent to Distribute a Controlled Substance, to wit, 500 grams or more of cocaine hydrochloride. |

This criminal complaint is based on these facts:

See attached affidavit.

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Keith Chappell, DEA Special Agent
*Printed name and title*

Sworn to before me and signed in my presence.

Date:   09/12/2014

_____
*Judge's signature*

City and state:   Hattiesburg, MS           Michael T. Parker, U.S. Magistrate Judge
*Printed name and title*

Affidavit

DEA SA Keith Chappell is a Special Agent (SA) with the United States Drug Enforcement Administration (DEA) currently assigned to the (DEA), Forrest County Major Investigations team. By virtue of employment with the United States Department of Justice, Drug Enforcement Administration SA Chappell is authorized to perform duties as provided by law and department regulations and as such participates in investigations enforcing Title 21, United States Code, Section 878, to enforce Title 21 and other criminal laws of the United States.

On 09-10-2014, DEA Gulfport Resident Office (GRO) and the Forrest County Major Investigations Team (FCMIT) obtained federal document search warrants for Ronald FORD'S residence located at 104 Belfort, Hattiesburg, MS and Myron HUGHES' residence located at 164 Somerset Dr. Hattiesburg, MS. During the search of FORD'S residence, agents encountered FORD at the front door to the residence. FORD was in possession of a pistol but surrendered to agents upon discovering that the police were serving a warrant. FORD was read his Miranda rights and agreed to answer questions. FORD stated that he was in possession of a large amount of United States Currency. FORD stated that the currency was secreted in a vehicle located at 164 Somerset Dr. Hattiesburg, MS. Agents at Myron HUGHES' residence located at 164 Somerset Dr. Hattiesburg, MS located several wrappers which contained cocaine hydrochloride residue and multiple kilogram bricks of fake cocaine hydrochloride. FORD also stated that the currency and the vehicle which it was contained in were to be given to a Hispanic individual known to FORD as "Tre". FORD stated that the money was to be paid to "Tre" for cocaine which had recently been distributed by FORD. United States currency totals approximately $60,000.00. While agents were interviewing FORD about his involvement in the distribution of kilogram quantities of cocaine hydrochloride, "Tre" called FORD from **Target Device 8** (832)

253-5487. Agents recorded the conversation with FORD'S consent. "Tre" stated to FORD that he was traveling to Hattiesburg, MS and would arrive on Friday morning. FORD stated to agents that "Tre" usually traveled with two other individuals. FORD also stated that "Tre" would usually call approximately two or three hours prior to his arrival at 164 Somerset Dr. Hattiesburg, MS and that FORD would meet "Tre" and his traveling companions at 164 Somerset Dr. Hattiesburg, MS. FORD stated that 164 Somerset Dr. Hattiesburg, MS was his "stash" house which was operated by Myron HUGHES.

On 09-11-2014, SA Chappell received court authorization to **GPS Target Device 8**. Subsequent to the initiation of the GPS tracking order, agents began to receive location information on the target telephone. The GPS information indicated that the cellular telephone was located in the Hattiesburg metro area. Agents began to try to physically locate the vehicle in and around multiple hotels in Northern Hattiesburg. Agents located a white Toyota pickup TXLP:38N-SY8 at the Candlewood Suites. This vehicle fit the general description given by FORD for the location and type of vehicle which would be driven by the individuals' enroute to Hattiesburg, MS to pick up the drug proceeds which had previously been seized from 164 Somerset Dr. Hattiesburg, MS.

At approximately 10:35 a.m., Ronald FORD was contacted by an unknown individual utilizing **Target Device 8**. The unidentified individual stated that they were on their way to the house located at 164 Somerset Dr. Hattiesburg, MS. Agents were in the area of Somerset Dr. and were anticipating the vehicle to arrive. This call was recorded. Shortly after the call was terminated a Lamar County marked patrol unit stopped the white Toyota pickup TXLP:38N-SY8 at the front of the neighborhood. The driver of the vehicle Juan Miguel GOMEZ (GOMEZ is

illegally in the United States of America) and the passenger Gerber Mauricio SALVARIA (resident alien) were detained pursuant to the traffic stop of the vehicle.

At approximately 12:05 p.m., TFA Rafael Bailey read SALVARIA his Miranda rights as witnessed by SA Chappell. SALVARIA waived his Miranda rights and agreed to answer questions. Agents discovered several cellular telephones in SALVARIA's possession. SALVARIA granted agents written consent to search the cellular telephones. One of the cellular telephones was **Target Device 8**. Agents asked SALVARIA why he was in Mississippi. SALVARIA claimed that he purchased used cars for resale. SALVARIA stated that he had been to Hattiesburg, MS on one previous occasion to purchase a vehicle. SALVARIA had no name or location where the referenced vehicle had been purchased. SALVARIA stated that he had arrived at the Candlewood Suites hotel at approximately 2:00 a.m. on 09-12-2014. Agents asked SALVARIA why he was in the area of 164 Somerset Dr. Hattiesburg, MS. It should be noted that 164 Somerset Dr. Hattiesburg, MS is an out of the way residential community. SALVARIA claimed that the best way to find vehicles for sale was to drive through the back roads and look for them. Agents asked SALVARIA how he was going to pay for a vehicle once he found one. SALVARIA claimed that he could call his sister to have money sent to him to complete the transaction. Agents had previously confirmed SALVARIA's possession of **Target Device 8** and Ronald FORD had identified SALVARIA and his driver GOMEZ as the individuals whom he had given drug proceeds and received cocaine from in the past. SALVARIA stated that he did not know anything about drug or money transportation. Agents played a recording of the conversations with the user of **Target Device 8** for SALVARIA. Upon hearing the recording SALVARIA would only shrug his shoulders. SALVARIA then refused to answer any more questions.

At approximately 12:43 p.m., TFA Rafael Bailey read GOMEZ his Miranda rights as witnessed by SA Chappell. Agents then read GOMEZ his Miranda rights. Agents questioned GOMEZ about his involvement in the transportation of drug proceeds. GOMEZ claimed no knowledge of the existence of drug proceeds but claimed that SALVARIA was paying him to drive from Houston, TX to Mississippi. GOMEZ stated that he bought and sold vehicles and worked construction for a living. GOMEZ claimed that SALVARIA was going to pay him his day's wage and presumably some more money to drive him to Mississippi so that SALVARIA could purchase a car. GOMEZ confirmed that both he and SALVARIA arrived in Hattiesburg, MS at around 2:00 a.m. on 09-12-2014. No drugs were found in the vehicle which was occupied by SALVARIA and GOMEZ. SALVARIA and GOMEZ were detained approximately 2 blocks from the stash house located at 164 Somerset Dr. Hattiesburg, MS.

Based upon my experience as a DEA Special Agent and the facts listed above involving Juan Miguel GOMEZ and Gerber Mauricio SALVARIA, it is my opinion that there is probable cause to believe that violations of Title 21, United States Code, Section 846, that is, conspiracy to possess with intent to distribute in excess of 500 grams of cocaine HCL, have been committed in the Southern District of Mississippi by Juan Miguel GOMEZ and Gerber Mauricio SALVARIA involved in the distribution of cocaine HCL.

_Keith Chappell_
Keith Chappell
Special Agent
Drug Enforcement Administration

Sworn and subscribed to me this ___12___ day of September, 2014.

_____
UNITED STATES MAGISTRATE JUDGE