IN THE UNITED STATES DISTICT COURT

FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

EASTERN DIVISON


UNITED STATES OF AMERICA                                        PLAINTIFF

Vs.                                        CRIMINAL NO. 2:14-cr-42-KS-MTP-2

JUAN MIGUEL GOMEZ                                        DEFENDANT


<u>ORDER</u>


THIS CAUSE IS BEFORE THE COURT on Motion to Modify and Reduce Sentence

[82] filed by Juan Miguel Gomez as Movant. In his motion Movant claims that he is entitled to

the reduction for "Drugs Minus Two".  In fact he was convicted of interstate travel in aid of

racketeering which does not benefit from Drugs Minus Two.

The Court finds that the motion is without merit and should be DENIED.

SO ORDERED this the ___6<u>th</u>___ day of March, 2017.



                                        <u>s/Keith Starrett_____</u>
                                        UNITED STATES DISTRICT JUDGE